**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 28, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00939-CV

---

### RICHARD REUTER, KENNETH SHEPHERD, AND AXM SYSTEMS, LLC, Appellants

### V.

### INDUSTRIAL SPECIALISTS, LLC, Appellee

---

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 19-CV-1215**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed November 13, 2019. On January 9, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists Justices Zimmerer, Spain, and Hassan.